\# 60966

FILED

2011 MAR -4 PM 1:00

CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

| | |
|---|---|
| 05-66617 | LINDA MATTHEWS<br>CREDITOR DID NOT CASH CHECK<br>CHECK #484989 FOR $22.94<br>CAPITAL ONE AUTO FINANCE<br>PO BOX 201347<br>ARLINGTON, TX 76006 |
| 07-60743 | RICHARD SMITH<br>MARGOT SMITH<br>CREDITOR DID NOT CASH CHECK<br>CHECK #484990 FOR $345.00<br>CAPITAL ONE AUTO FINANCE<br>PO BOX 201347<br>ARLINGTON, TX 76006 |
| 07-62406 | THOMAS BAKER, II<br>VICKI BAKER<br>CREDITOR DID NOT CASH CHECK<br>CHECK #484991 FOR $958.00<br>CAPITAL ONE AUTO FINANCE<br>PO BOX 201347<br>ARLINGTON, TX 76006 |
| 07-62725 | GREORY MOHR<br>HEATHER MOHR<br>CREDITOR DID NOT CASH CHECK<br>CHECK #484992 FOR $73.60<br>CLC CONSUMER SERVICES<br>2730 LIBERTY AVENUE<br>PITSBURGH, PA 15222 |
| 05-65372 ✓ | SCOTT HAYNES<br>STEPHANIE HAYNES<br>CREDITOR DID NOT CASH CHECK<br>CHECK #484993 FOR $10.31<br>QUIK PAYDAY<br>PMB 327, 41 E 400 N<br>LOGAN, UT 84321-4020 |